HELANE L. MORRISON (State Bar No. 127752)
SUSAN F. LaMARCA (State Bar No. 215231)
   lamarcas@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
   durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRENT WILLIAM FEDERIGHI AND MICHAEL CARL HOFFMAN,<br><br>    Defendant. | Case No. C-05-5305 MMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATES FOR CASE MANAGEMENT CONFERENCE, CASE MANAGEMENT STATEMENT AND ADR CERTIFICATION<br><br>Date: March 24, 2006<br>Time: 10:30 a.m.<br>Place: Courtroom 7, 19th Floor |

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Brent W. Federighi and Michael C. Hoffman (collectively, "the parties"), by and through their respective counsel, hereby agree and stipulate as follows:

STIPULATION

1. The Complaint in this case was filed on December 22, 2005. Federighi and Hoffman waived service of summons on January 3, 2006. Responsive pleadings are due no later than March 6, 2006.

2. The Court, in the Scheduling Order filed December 22, 2005, scheduled the following dates for the following events in this matter:

   a.   March 24, 2006: Case Management Conference;

b.  March 3, 2006:  Last day to meet and confer regarding initial disclosures, ADR process selection, and discovery plan; and last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference; and

c.  March 17, 2006:  Last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve Case Management Statement, and file and serve Rule 26(f) Report.

3.  Federighi and Hoffman seek extensions of 90 days.  Federighi seeks an extension of 90 days because it will allow him to assess the case and enable him and the Commission to explore resolution of this matter.  Hoffman seeks an extension of 90 days because it will allow him to assess the case and enable him and the Commission to explore resolution of this matter.

4.  Even with the extended completion date, the Commission will proceed with Initial Disclosures pursuant to Rule 26.

5.  These dates have not previously been extended by the Court.

6.  The parties therefore stipulate and agree to the following extension of the following events in this matter:

a.  <u>June 2, 2006</u>:  Last day to meet and confer regarding initial disclosures, ADR process selection, and discovery plan; and last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference;

b.  <u>June 5, 2006</u>:  Last day to filed responsive pleadings;

c.  <u>June 16, 2006</u>:  Last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve Case Management Statement, and file and serve Rule 26(f) Report; and

d.  <u>June 23, 2006</u>:  Case Management Conference (at 10:30 a.m.).


IT IS SO STIPULATED:

Dated: March 1, 2006

    /s/
Susan F. LaMarca
Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 1100
San Francisco, California 94104
(415) 705-2456

Dated: March 1, 2006

    /s/
William M. Goodman
Counsel for Defendant Brent W. Federighi
TOPEL & GOODMAN, PC
832 Sansome St, 4th Floor
San Francisco, CA 94111-1508
(415) 426-6140

Dated: March 1, 2006

    /s/
Walter F. Brown, Jr.
ORRICK, HERRINTON & SUTCLIFFE LLP
Counsel for Defendant Michael C. Hoffman
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700

Dated: March 2, 2006

IT IS SO ORDERED
*[signature]*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA