1  HELANE L. MORRISON (State Bar No. 127752)
   SUSAN F. LaMARCA (State Bar No. 215231)
2    lamarcas@sec.gov
   ROBERT J. DURHAM (Admitted to the New York Bar)
3    durhamr@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C-05-5305 MMC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATES FOR CASE MANAGEMENT CONFERENCE, CASE MANAGEMENT STATEMENT AND TO ANSWER COMPLAINT |
| vs. | |
| BRENT WILLIAM FEDERIGHI AND MICHAEL CARL HOFFMAN, | Date:  June 23, 2006 (current CMC) Time:  10:30 a.m. Place:  Courtroom 7, 19th Floor |
| Defendant. | |

18

19         Plaintiff Securities and Exchange Commission ("Commission") and Defendants Brent W.

20  Federighi and Michael C. Hoffman (collectively, "the parties"), by and through their respective

21  counsel, hereby agree and stipulate as follows:

22                              STIPULATION

23  1.      The Complaint in this case was filed on December 22, 2005 and defendants have waived

24  service.  On March 2, 2006, pursuant to the parties' stipulated request, the Court extended the

25  dates set forth in the original December 22, 2005 Scheduling Order.

26  2.      The March 2, 2006 Order set forth the following dates for the following events:  June 23,

27  2006 – the Case Management Conference; June 16, 2006 – last day to file Joint CMC Statement

28  and Rule 26(f) Report,  and last day to complete initial disclosures or state objection in Rule

26(f) Report; June 5, 2006 – last day to file Answer (or other responsive pleading); and June 2, 2006 – last day  to meet and confer regarding ADR and discovery plan, and last day to file Joint ADR Certification.

3.      On March 17, 2006, the Commission served Initial Disclosures on defendants which it has since supplemented.

4.      Federighi and Hoffman seek to extend the current schedule of by approximately 45 days. Each defendant believes the additional time will allow him to explore resolution of this matter, and to better assess this proceeding.  The Commission is not opposed to the extension.

5.      The parties therefore stipulate and agree to the following extension of the following events in this matter:

    a.      July 17, 2006:  Last day to meet and confer regarding initial disclosures, ADR process selection, and discovery plan; and last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference;

    b.      July 20, 2006:  Last day to filed responsive pleadings;

    c.      July 28, 2006:  Last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve Case Management Statement, and file and serve Rule 26(f) Report; and

    d.      August 4, 2006:  Case Management Conference (at 10:30 a.m.).

1        IT IS SO STIPULATED:

2

3    Dated:        May 25, 2006                    ____/s/_____
                                                   Susan F. LaMarca
4                                                  Counsel for Plaintiff
                                                   SECURITIES AND EXCHANGE COMMISSION
5                                                  44 Montgomery Street, Suite 1100
                                                   San Francisco, California 94104
6                                                  (415) 705-2456

7

8    Dated:        May 25, 2006                    ____/s/_____
                                                   Andrea DeShazo
9                                                  Counsel for Defendant Brent W. Federighi
                                                   TOPEL & GOODMAN, PC
10                                                 832 Sansome St, 4th Floor
                                                   San Francisco, CA 94111-1508
11                                                 (415) 426-6140

12

13   Dated:        May 26, 2006                    ____/s/_____
                                                   Tarek Helou
14                                                 ORRICK, HERRINTON & SUTCLIFFE LLP
                                                   Counsel for Defendant Michael C. Hoffman
15                                                 405 Howard Street
                                                   San Francisco, CA 94105-2669
16                                                 (415) 773-5700

17

18

19

20

21

22

23

24

25

26

27

28

1
2
**IT IS SO ORDERED.**
3
4
5  Dated:   May 26, 2006

6                                         The Honorable Maxine M. Chesney
7                                         UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28