HELANE L. MORRISON (State Bar No. 127752)
SUSAN F. LaMARCA (State Bar No. 215231)
  lamarcas@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
  durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-05-5305 MMC (JCS) |
| Plaintiff, | STIPULATION AND ~~PROPOSE~~D ORDER TO EXTEND DATE FOR FURTHER SETTLEMENT CONFERENCE |
| vs. | |
| BRENT WILLIAM FEDERIGHI AND MICHAEL CARL HOFFMAN, | Date:  February 26, 2007 (Proposed New Date)<br>Time:  2:00 p.m.<br>Place: Magistrate Judge Joseph. C. Spero<br>         Courtroom A, 15th Floor<br>         450 Golden Gate Ave., San Francisco |
| Defendant. | |

   Plaintiff Securities and Exchange Commission ("Commission") and Defendants Brent W. Federighi and Michael C. Hoffman (collectively, "the parties"), by and through their respective counsel, hereby agree and stipulate as follows:

<u>STIPULATION</u>

   1.   The parties participated in a Settlement Conference before Magistrate Judge Joseph C. Spero on December 20, 2006.

   2.   The Court scheduled a further Settlement Conference for January 23, 2007.

   3.   The parties believe that additional time for negotiations between counsel for the Commission and the respective defendants' counsel would be helpful in reaching agreements

1  that the Commission's counsel could recommend. Extending the date one month should not
2  change any other Court ordered dates in this case.
3     4.   The parties therefore propose that the currently schedule Settlement Conference
4  be rescheduled for <u>February 26, 2007 at 2:00 p.m.</u>, or as soon thereafter as is convenient for the
5  Court.

7     IT IS SO STIPULATED:

9  Dated:   <u>Jan. 22, 2007</u>            ___/s/_____
                                            Susan F. LaMarca
10                                          Counsel for Plaintiff
                                            SECURITIES AND EXCHANGE COMMISSION
11                                          44 Montgomery Street, Suite 2600
                                            San Francisco, California 94104
12                                          (415) 705-2456

14 Dated:   <u>Jan. 22, 2007</u>            ___/s/_____
                                            Lyn R. Agre
15                                          Counsel for Defendant Brent W. Federighi
                                            TOPEL & GOODMAN, PC
16                                          832 Sansome St, 4th Floor
                                            San Francisco, CA 94111-1508
17                                          (415) 426-6140

19 Dated:   <u>Jan. 22, 2007</u>            ___/s/_____
                                            Tarek Helou
20                                          ORRICK, HERRINTON & SUTCLIFFE LLP
                                            Counsel for Defendant Michael C. Hoffman
21                                          405 Howard Street
                                            San Francisco, CA 94105-2669
22                                          (415) 773-5700

**IT IS SO ORDERED.**

Dated: January 22, 2007

_____
The Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED* [seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]