HELANE L. MORRISON (State Bar No. 127752)
SUSAN F. LaMARCA (State Bar No. 215231)
  lamarcas@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
  durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C-05-5305 MMC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO SUSPEND PRETRIAL DATES |
| vs. | |
| BRENT WILLIAM FEDERIGHI AND MICHAEL CARL HOFFMAN, | |
| Defendant. | |

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Brent W. Federighi and Michael C. Hoffman (collectively, "the parties"), by and through their respective counsel, hereby agree and stipulate as follows:

STIPULATION

1. The parties participated in a Settlement Conference before Magistrate Judge Joseph C. Spero on December 20, 2006. The Court scheduled a further Settlement Conference for January 23, 2007, which was extended to February 26, 2007. On February 22, 2007, the parties filed a stipulation informing Judge Spero that the parties believe that they have reached agreements that the Commission's counsel can recommend that the Commission accept and that we expect that two to three months will be necessary for the Commission to consider these

offers, and proposing that the Settlement Conference currently scheduled for February 26, 2007 be rescheduled for May 10, 2007.

2. The parties propose that the deadlines outlined in the Court's August 7, 2006 Pretrial Preparation Order be suspended until after the next Settlement Conference. The Pretrial Preparation Order set dates, including among others:

    a.    <u>March 2, 2007</u>:  Non-Expert Discovery Cutoff

    b.    <u>April 27, 2007</u>:  Expert Discovery Cutoff

    c.    <u>May 11, 2007</u>:  Last Day to File Dispositive Motions; Further Status Conference Statement Due

    d.    <u>August 13, 2007</u>:  Jury Trial to Begin

3. The parties will report immediately to the Court upon the finalization of such settlements. If the parties have not settled this action by May 10, 2007 (or the date to be established for continuation of the settlement conference), the parties will report immediately to the Court and will request that the Court reinstitute new deadlines.

IT IS SO STIPULATED:

Dated:    <u>February 23, 2007</u>    /s/ Susan F. LaMarca
Susan F. LaMarca
Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104-4691
(415) 705-2456

/s/ William M. Goodman
William M. Goodman
Counsel for Defendant Brent W. Federighi
TOPEL & GOODMAN, PC
832 Sansome Street, 4th Floor
San Francisco, California 94111-1508
(415) 426-6140

/s/ Tarek Helou
Tarek Helou
ORRICK, HERRINTON & SUTCLIFFE LLP
Counsel for Defendant Michael C. Hoffman
405 Howard Street
San Francisco, California 94105-2669
(415) 773-5700

1
2   **IT IS SO ORDERED.** The currently scheduled pretrial deadlines, pretrial conference and trial
3   dates are hereby VACATED, and the May 18, 2007 status conference is hereby CONTINUED to June 1, 2007 at 10:30 a.m.; a joint status conference statement shall be filed no later than May 25, 2007.
4
5   Dated:  February 26, 2007                          _____
6                                                                   The Honorable Maxine M. Chesney
7                                                                   UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Suspend Pretrial Dates
Case No. C-05-5305 MMC