HELANE L. MORRISON (State Bar No. 127752)
SUSAN F. LaMARCA (State Bar No. 215231)
   lamarcas@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
   durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT WILLIAM FEDERIGHI AND MICHAEL CARL HOFFMAN,<br><br>Defendant. | Case No. C-05-5305 MMC (JCS)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATE FOR FURTHER SETTLEMENT CONFERENCE<br><br>Date: May 10, 2007 (Proposed New Date)<br>Time: 2:00 p.m.<br>Place: Magistrate Judge Joseph. C. Spero<br>          Courtroom A, 15th Floor<br>          450 Golden Gate Ave., San Francisco |

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Brent W. Federighi and Michael C. Hoffman (collectively, "the parties"), by and through their respective counsel, hereby agree and stipulate as follows:

STIPULATION

1.  The parties participated in a Settlement Conference before Magistrate Judge Joseph C. Spero on December 20, 2006. The Court scheduled a further Settlement Conference for January 23, 2007, which was extended to February 26, 2007. The parties believe that they have reached agreements that the Commission's counsel can recommend that the Commission

1 | accept. However, we expect that two to three months will be necessary for the Commission to
2 | consider these agreements.

3 |     2.     Pursuant to the Court's August 7, 2006 Pretrial Preparation Order (at page 2), the
4 | Settlement Conference can be continued in this case until no later than July 1, 2007.

5 |     3.     The parties therefore propose that the currently schedule Settlement Conference
6 | be rescheduled for <u>May 10, 2007 at 2:00 p.m.</u>, or as soon thereafter as is convenient for the
7 | Court.

9 | IT IS SO STIPULATED:

11 | Dated:     <u>February 22, 2007</u>     <u>/s/ Susan F. LaMarca</u>
12 |     Susan F. LaMarca
    Counsel for Plaintiff
13 |     SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, Suite 2600
14 |     San Francisco, California 94104
    (415) 705-2456

16 |     <u>/s/ William M. Goodman</u>
17 |     William M. Goodman
    Counsel for Defendant Brent W. Federighi
    TOPEL & GOODMAN, PC
18 |     832 Sansome Street, 4th Floor
    San Francisco, California 94111-1508
19 |     (415) 426-6140

21 |     <u>/s/ Tarek Helou</u>
22 |     Tarek Helou
    ORRICK, HERRINTON & SUTCLIFFE LLP
    Counsel for Defendant Michael C. Hoffman
23 |     405 Howard Street
    San Francisco, CA 94105-2669
24 |     (415) 773-5700

1
2  **IT IS SO ORDERED.**
3
4
5  Dated: February 26, 2007
6
    _____
    The Honorable Joseph C. Spero
    UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED / Judge Joseph C. Spero / United States District Court, Northern District of California]*

Stipulation and Proposed Order to Extend Settlement Conf. Date
Case No. C-05-5305 MMC (JCS)