1  HELANE L. MORRISON (State Bar No. 127752)
   SUSAN F. LaMARCA (State Bar No. 215231)
2     lamarcas@sec.gov
   ROBERT J. DURHAM (Admitted to the New York Bar)
3     durhamr@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C-05-5305 MMC (JCS) |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DATE FOR FURTHER SETTLEMENT CONFERENCE |
| vs. | |
| BRENT WILLIAM FEDERIGHI AND MICHAEL CARL HOFFMAN, | Date:   July 10, 2007 (Proposed New Date)<br>Time:   2:00 p.m.<br>Place:  Magistrate Judge Joseph. C. Spero<br>            Courtroom A, 15th Floor<br>            450 Golden Gate Ave., San Francisco |
| Defendant. | |

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Brent W. Federighi and Michael C. Hoffman (collectively, "the parties"), by and through their respective counsel, hereby agree and stipulate as follows:

### STIPULATION

1.   The parties participated in a Settlement Conference before Magistrate Judge Joseph C. Spero on December 20, 2006.  The Court scheduled a further Settlement Conference for January 23, 2007, which has been extended twice until its currently scheduled date of May 10, 2007.

2. Both defendants have made written offers to the Commission to resolve the litigation. To provide sufficient time for the Commission to consider those written offers, the parties propose that the currently scheduled May 10th Settlement Conference be extended for an additional 60 days, until July 10, 2007, or as soon thereafter as the Court may accommodate the parties, if necessary.

3. Pursuant to the Order dated February 26, 2007, the Court has suspended the trial date in this case based on the parties' request (and representations about settlement negotiations), and a further Case Management Conference is currently scheduled for June 1, 2007.

IT IS SO STIPULATED:

Dated:   May 2, 2007                      /s/ Susan F. LaMarca
                                          Susan F. LaMarca
                                          Counsel for Plaintiff
                                          SECURITIES AND EXCHANGE COMMISSION
                                          44 Montgomery Street, Suite 2600
                                          San Francisco, California 94104
                                          (415) 705-2456


                                          /s/ William M. Goodman
                                          William M. Goodman
                                          KAZOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                          Counsel for Defendant Brent W. Federighi
                                          832 Sansome Street, 4th Floor
                                          San Francisco, California 94111-1508
                                          (415) 426-6140


                                          /s/ Tarek Helou
                                          Tarek Helou
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          Counsel for Defendant Michael C. Hoffman
                                          405 Howard Street
                                          San Francisco, CA 94105-2669
                                          (415) 773-5700

1  The Settlement Conference shall be continued until July 23, 2007, at 2:00 p.m.

2  **IT IS SO ORDERED.**

5  Dated: May 7, 2007

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

The Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Extend Settlement Conf. Date
Case No. C-05-5305 MMC (JCS)