1  HELANE L. MORRISON (State Bar No. 127752)
   SUSAN F. LaMARCA (State Bar No. 215231)
2    lamarcas@sec.gov
   ROBERT J. DURHAM (Admitted to the New York Bar)
3    durhamr@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  SECURITIES AND EXCHANGE COMMISSION,    Case No.  C-05-5305 MMC

12              Plaintiff,                 STIPULATION AND ~~PROPOSED~~ ORDER TO
                                           CONTINUE CASE MANAGEMENT
13          vs.                            CONFERENCE

14                                         Date:   June 1, 2007  (Currently Scheduled)
15  BRENT WILLIAM FEDERIGHI AND                    July 6, 2007  (Proposed New Date)
    MICHAEL CARL HOFFMAN,                  Time:  10:30 a.m.
16                                         Place:  Courtroom 7, 19th Floor
                Defendant.
17

18

19          Plaintiff Securities and Exchange Commission ("Commission") and Defendants Brent W.

20  Federighi and Michael C. Hoffman (collectively, "the parties"), by and through their respective

21  counsel, hereby agree and stipulate as follows:

22                                    STIPULATION

23          1.      As previously described by the parties in their February 23, 2007 Stipulation and

24  Proposed Order, based on their participation in a Settlement Conference with Magistrate Judge

25  Spero in January, defendants have each made offers of settlement to the Commission that would

26  resolve this litigation, which the Commission's counsel will recommend that the Commission

27  accept.  However, the offers are pending consideration by the Commission.

28

2.      The Commission's counsel believes, and has informed defendants' respective counsel, that given an additional 30 days, we may be better able to inform the defendants and the Court whether the Commission has accepted or rejected those offers.

3.      The parties therefore propose that the Further Case Management Conference, currently scheduled for June 1, 2007, be continued until July 6, 2007 or the first date thereafter that the Court may order.

4.      The Court has previously extended this date, pursuant to the Order of February 26, 2007, granting the parties' stipulated request to suspend the pretrial dates due to the offers of settlement.

IT IS SO STIPULATED:


Dated:      May 23, 2007                    /s/ Susan F. LaMarca
                                            Susan F. LaMarca
                                            Counsel for Plaintiff
                                            SECURITIES AND EXCHANGE COMMISSION
                                            44 Montgomery Street, Suite 2600
                                            San Francisco, California 94104
                                            (415) 705-2456


                                            /s/ William M. Goodman
                                            William M. Goodman
                                            KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                            Counsel for Defendant Brent W. Federighi
                                            832 Sansome Street, 4th Floor
                                            San Francisco, California 94111-1508
                                            (415) 426-6140


                                            /s/ Tarek Helou
                                            Tarek Helou
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            Counsel for Defendant Michael C. Hoffman
                                            405 Howard Street
                                            San Francisco, CA 94105-2669
                                            (415) 773-5700

1

2          **IT IS SO ORDERED.**  The June 1, 2007 case management conference is hereby CONTINUED

3    to July 6, 2007 at 10:30 a.m.  The parties shall file a joint case management statement no later than

     June 29, 2007.

4

5    Dated: _____May 23, 2007_____          _____

6                                               The Honorable Maxine M. Chesney

7                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28