HELANE L. MORRISON (State Bar No. 127752)
SUSAN F. LaMARCA (State Bar No. 215231)
  lamarcas@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
  durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C-05-5305 MMC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | |
| BRENT WILLIAM FEDERIGHI AND MICHAEL CARL HOFFMAN, | Date: July 6, 2007  (Currently Scheduled)<br>           August 31, 2007 (Proposed New Date)<br>Time: 10:30 a.m.<br>Place: Courtroom 7, 19th Floor |
| Defendant. | |

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Brent W. Federighi and Michael C. Hoffman (collectively, "the parties"), by and through their respective counsel, hereby agree and stipulate as follows:

<u>STIPULATION</u>

1.   As previously described by the parties in their May 23, 2007 and February 23, 2007 Stipulations, based on their participation in a Settlement Conference with Magistrate Judge Spero in January, defendants have each made offers of settlement to the Commission that would resolve this litigation, which the Commission's counsel will recommend that the Commission accept.

2. Those offers are each pending consideration by the Commission. The Commission's counsel believes that they will be considered and either accepted or rejected within approximately 45 days.

3. The Court has previously extended this date twice, and has suspended the other dates in this case based on the parties' request to permit for the current offers to be considered. In addition, Magistrate Judge Spero has remained in contact with the parties and has continued the next settlement conference in this matter until September 4, 2007.

4. The parties therefore propose that the Further Case Management Conference, currently scheduled for July 6, 2007, be continued until <u>August 31, 2007</u> or the first date thereafter that the Court may order.

IT IS SO STIPULATED:

Dated: June 22, 2007

/s/ Susan F. LaMarca
Susan F. LaMarca
Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
(415) 705-2456


/s/ William M. Goodman
William M. Goodman
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Counsel for Defendant Brent W. Federighi
832 Sansome Street, 4th Floor
San Francisco, California 94111-1508
(415) 426-6140


/s/ Tarek Helou
Tarek Helou
ORRICK, HERRINGTON & SUTCLIFFE LLP
Counsel for Defendant Michael C. Hoffman
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700

1
2      **IT IS SO ORDERED.**   The parties shall file a joint Case Management Statement no later
3   than August 24, 2007.
4
5
6   Dated:   June 26, 2007                               _____
7                                                         The Honorable Maxine M. Chesney
                                                          UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28