HELANE L. MORRISON (State Bar No. 127752)
SUSAN F. LaMARCA (State Bar No. 215231)
  lamarcas@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
  durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT WILLIAM FEDERIGHI and MICHAEL CARL HOFFMAN,<br><br>Defendant. | Case No. C-05-5305 MMC<br><br>[~~PROPOSED~~] ORDER DISMISSING COMPLAINT AS TO MICHAEL CARL HOFFMAN |

1 | Plaintiff Securities and Exchange Commission ("Commission") has filed a Notice of
2 | Settlement, indicating that a settlement has been reached between the plaintiff and defendant Michael
3 | C. Hoffman, the terms of which include dismissal of the complaint against him, with prejudice. Good
4 | cause therefore being shown,

5 | **IT IS HEREBY ORDERED** that the complaint against defendant Hoffman is
6 | **DISMISSED**, with prejudice.

11 | DATED: August 22, 2007

*Maxine M. Chesney*
UNITED STATES DISTRICT JUDGE

PROPOSED] ORDER
Case No. C-05-5305 MMC