1  HELANE L. MORRISON (State Bar No. 127752)
   SUSAN F. LaMARCA (State Bar No. 215231)
2  lamarcas@sec.gov
   ROBERT J. DURHAM (Admitted to the New York Bar)
3  durhamr@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 SECURITIES AND EXCHANGE COMMISSION,    Case No.  C-05-5305 MMC (JCS)

12          Plaintiff,                    FINAL JUDGMENT AS TO DEFENDANT
                                          BRENT WILLIAM FEDERIGHI
13     vs.

14

15 BRENT WILLIAM FEDERIGHI and
   MICHAEL CARL HOFFMAN,
16
            Defendant.
17

18

19      The Securities and Exchange Commission having filed a Complaint and Defendant Brent

20 William Federighi having entered a general appearance; consented to the Court's jurisdiction over

21 Defendant Federighi and the subject matter of this action; consented to entry of this Final Judgment

22 without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived

23 findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment; and

24 the Court, being fully advised, orders as follows:

25                                    I.

26      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Federighi and his

27 agents, servants, employees, attorneys-in-fact, and all persons in active concert or participation with

28 any of them, who receive actual notice of this Final Judgment, by personal service or otherwise, and

1  each of them, are permanently enjoined and restrained from, directly or indirectly, violating Section

2  10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5

3  thereunder, 17 C.F.R. § 240.10b-5, by:

4        1.    employing any device, scheme, or artifice to defraud;

5        2.    making any untrue statement of a material fact or omitting to state a material fact

6              necessary in order to make the statements made, in the light of the circumstances

7              under which they were made, not misleading; or

8        3.    engaging in any act, practice, or course of business which operates or would operate as

9              a fraud or deceit upon any person,

10  in connection with the purchase or sale of the securities of any issuer, by the use of any means or

11  instrumentality of interstate commerce, or of the mails, or of any facility of any national securities

12  exchange.

13                       II.

14      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Federighi shall

15  pay a civil penalty in the amount of $175,000 pursuant to Section 21(d)(3) of the Exchange Act, 15

16  U.S.C. § 78u(d)(3).  Defendant Federighi shall make this payment within ten (10) business days after

17  entry of this Final Judgment by certified check, bank cashier's check, or United States postal money

18  order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed

19  to the Office of Financial Management, Securities and Exchange Commission, Operations Center,

20  6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a

21  letter identifying Brent William Federighi as a defendant in this action; setting forth the title and civil

22  action number of this action and the name of this Court; and specifying that payment is made

23  pursuant to this Final Judgment.  Defendant Federighi shall pay post-judgment interest on any

24  delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant

25  to this paragraph to the United States Treasury.

26

27

28

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent to Final Judgment of William Brent Federighi is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant Federighi shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is HEREBY ORDERED to enter this Final Judgment forthwith and without further notice.

Dated: Auugst 22, 2007

The Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

Approved as to form:

William M. Goodman, Esquire
Counsel for Defendant Brent W. Federighi
TOPEL & GOODMAN, PC
832 Sansome St, 4th Floor
San Francisco, CA 94111-1508
(415) 426-6140
wmg@topelgoodman.com

Submitted by:

Susan F. LaMarca
Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
(415) 705-2456
lamarcas@sec.gov